AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

WINDELL TUCKER, a single person, and
I.T., a minor child,

                          Plaintiffs,

                    v.

STATE OF WASHINGTON, et al.,

                          Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-402-JLQ

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that the Amended Complaint is dismissed with prejudice, and the claims therein, without taxation of costs or attorney fees to either party, and incorporating the terms of the Release and Settlement Agreement as set forth in the Order filed 9/6/11 at Ct.Rec. 35.

September 6, 2011
_____
*Date*

JAMES R. LARSEN
_____
*Clerk*
s/ Linda Emerson
_____
*(By) Deputy Clerk*

Linda Emerson